Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT
6/3/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC    DEPUTY

| | |
|---|---|
| Case Number    2:25-CR-00434-JLS | Defendant Number    1 |
| U.S.A. v.    Ara Artuni | Year of Birth    1984 |
| ☑ Indictment    ☐ Information | Investigative agency (FBI, DEA, etc.)    HSI |

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense
☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☑ Felony

b. Date of Offense    2015-2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles    ☐ Ventura
☐ Orange    ☐ Santa Barbara
☐ Riverside    ☐ San Luis Obispo
☐ San Bernardino    ☐ Other

Citation of Offense    18 U.S.C. §§ 1962(d); 1959(a)(3), 2;
1959(a)(5), 2; 1959(a)(5), 2; 371

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)    ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No    ☐ Yes

If "Yes," Case Number:

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on:    May 15, 2025

Case Number:    2:25-mj-02952-DUTY

Assigned Judge:

Charging:    18 U.S.C. § 1959(a)(5)

The complaint/CVB citation:

☑ is still pending
☐ was dismissed on:

**PREVIOUS COUNSEL**

Was defendant previously represented?    ☐ No    ☑ Yes

IF YES, provide Name:    Vitaly Sigal

Phone Number:    (818) 325-0570

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☑ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☑ Yes*    ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☐ No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

Case Number

The superseded case:

☐ is still pending before Judge/Magistrate Judge

☐ was previously dismissed on

Are there 8 or more defendants in the superseding case?
☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes    ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**INTERPRETER**

Is an interpreter required?    ☑ YES    ☐ NO

IF YES, list language and/or dialect:

Armenian

**OTHER**

☑ Male        ☐ Female

☐ U.S. Citizen    ☐ Alien

Alias Name(s)    "Ara Harutyunyan," "Aro," "Araboyi," "Arabo,"

"Santos"

This defendant is charged in:

    ☐ All counts

    ☑ Only counts:  1 - 4, 6

☐ This defendant is designated as "High Risk" per
    18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
    18 USC § 3166(b)(7).

Is defendant a juvenile?        ☐ Yes    ☐ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case
include(s):

☑ financial institution fraud    ☐ public corruption

☐ government fraud        ☐ tax offenses

☐ environmental issues    ☑ mail/wire fraud

☐ narcotics offenses        ☐ immigration offenses

☑ violent crimes/firearms    ☐ corporate fraud

☐ Other

**CUSTODY STATUS**

Defendant is **not in custody**:

    a. Date and time of arrest on complaint:  _____

    b. Posted bond at complaint level on:  _____

      in the amount of $ _____

    c. PSA supervision?    ☐ Yes  ☐ No

    d. Is on bail or release from another district:

    _____

Defendant is **in custody**:

    a. Place of incarceration:    ☐ State  ☑ Federal

    b. Name of Institution:  Los Angeles MDC

    c. If Federal, U.S. Marshals Service Registration Number:
    83380-511

    d. ☑ Solely on this charge.  Date and time of arrest:

    May 20, 2025

    e. On another conviction:    ☐ Yes    ☑ No

      IF YES: ☐ State    ☐ Federal    ☐ Writ of Issue

    f. Awaiting trial on other charges:  ☐ Yes  ☑ No

      IF YES : ☐ State    ☐ Federal    AND

    Name of Court:  _____

    Date transferred to federal custody:  _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.  ____ 20    ____ 21    ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  _____

_____

_____

Date    06/02/2025

    Signature of Assistant U.S. Attorney
    Kenneth R. Carbajal
    Print Name