UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:25-cr-00434-JLS | Date: 06/09/2025 |
| Present: The Honorable: Jacqueline Chooljian, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Narissa Naval Estrada | CS 06/09/2025 | Lyndsi Allsop |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✓ Present In Custody | Attorneys for Defendants: ✓ Present CJA |
|---|---|
| Ara Artuni | Vitaly B. Sigal |

**Proceedings: Arraignment of Defendant and/or** ✓ Assignment of Case  Appointment of Counsel
Initial Appearance

\* Defendant states true name is the name on the Indictment.
\* Defendant is arraigned under name on the Indictment.
\* Defendant acknowledges having read the Indictment and discussed it with counsel.
\* Defendant pleads "not guilty" to all counts of the Indictment.
\* This case is assigned to Judge Josephine L. Staton.
\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 07/29/2025 9:00 AM;
Status Conference: 07/18/2025 8:30 AM
\* The parties are referred to Judge Staton's Procedures and Schedules to obtain a copy of the judge's trial order located on the Court's website at www.cacd.uscourts.gov. Judge Staton is located in 8A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA    PSAED    PSASA
  ✓ USMLA    USMED    USMSA
   Statistics Clerk    Interpreter
  ✓ CJA Supervising Attorney    Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 03
Initials of Deputy Clerk: NNE by TRB