KENNETH CARBAJAL
Assistant United States Attorney
312 N. Spring Street, Suite 1300
Los Angeles, CA 90012
kenneth.carbajal@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 25-CR-00434 |
| v. | |
| ARA ARTUNI, et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

- Documents

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 18, 2025                    /s/ Kenneth Carbajal
Date                                  Attorney Name
                                      United States of America
                                      Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING